

# UNITED STATES DISTRICT COURT 

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　vs.<br>MIGUEL ESTABAN CORRAL (1)<br>　　　　　Defendant | CASE NO. 16CR2808-CAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 11/16/17

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge